**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | |
|---|---|
| **TELESFORO MARTINEZ-PADILLA,** | : **Case No. 1:26-cv-348** |
| | : |
| **Petitioner,** | : **Judge Susan J. Dlott** |
| | : |
| vs. | : **Magistrate Judge Caroline H. Gentry** |
| | : |
| **ACTING DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, DETROIT FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT,** *et al.*, | : |
| | : |
| **Respondents.** | |

---

### ORDER

---

Petitioner, Telesforo Martinez-Padilla, brings this petition for a writ of

habeas corpus under 28 U.S.C. § 2241. In order to preserve its jurisdiction, and

pursuant to its authority under the All Writs Act, the Court **ORDERS** that

Respondents shall neither remove Telesforo Martinez-Padilla from this District nor

allow him to be removed from this District unless or until the Court orders

otherwise.[1] *See* 28 U.S.C. § 1651(a). This order should not be construed as an

expression of the Court's views on the merits of this matter. *See Wheaton Coll. v.*

*Burwell,* 573 U.S. 958, 959 (2014).

---

[1]  The Court's directive applies with equal force to any individual, group, or entity

The Clerk is **DIRECTED** to (1) immediately serve a copy of the petition and its accompanying papers, along with a copy of this Order, by email to John J. Stark on behalf of the United States Attorney's Office for the Southern District of Ohio at john.stark@usdoj.gov;  and (2) promptly note proof of such service on the docket.

Counsel for Respondents **SHALL** promptly enter notices of appearance.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order no later than April 15, 2026.

**IT IS SO ORDERED.**

April 7, 2026

S/Susan J. Dlott
SUSAN J. DLOTT
United States District Judge

working in concert with or on behalf of Respondents.